**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                                                    Case No: 25-13840-EPK
                                                                                          Chapter 13

MARIA DIVINAGRACIA LONG

_____Debtor_____/

## NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☒   No further action is necessary.

2)       The following actions have been taken:

   ☐   The debtor has filed an objection to the proof of claims filed by _____.

   ☐   The debtor has filed a____amended plan or modified plan to provide for the proof of claim filed by _____.

   ☐   Other: _____
       _____
       _____.

A copy of this certificate of compliance was served on the chapter 13 trustee via the NEF and the debtor via U.S. Mail on June 27th 2025.

Submitted by: /s/ Chad Van Horn

Chad Van Horn
chad@cvhlawgroup.com
64500 FL
**Van Horn Law Group, P.A.**
500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
(954) 765-3166

LF-76 (rev. 12/01/09)