

ORDERED in the Southern District of Florida on July 11, 2025.



**Erik P. Kimball**
**Chief United States Bankruptcy Judge**

___

UNITED STATES BANKRUPTCY
COURT SOUTHERN DISTRICT OF
FLORIDA MIAMI DIVISION
www.flsb.uscourts.gov

In re:

MARIA DIVINAGRACIA LONG,              Case No. 25-13840-EPK
                                       Chapter 13

      Debtor.
_____/

### ORDER GRANTING
### LINCOLN SUNRISE RELIEF FROM STAY

Upon the Motion for Relief from the Automatic Stay filed by LINCOLN SUNRISE LLC [DE 16], it is

**ORDERED:**

1. The Motion [DE 16] is GRANTED.

2. The automatic stay is modified for the sole purpose of allowing Movant to complete, in rem relief, to take any and all steps necessary to exercise any and all rights it may have in the property located at 6169 Jog Road, Unit

1

#A14, Lake Worth, Florida 33467 (the "Property"), to gain possession of the Property, to have such other and further in rem relief as is just, but the Movant shall not obtain in personam relief against the Debtor.

###

Respectfully submitted,

Glenn L. Widom, Esq.
Glenn L. Widom, P.A.
696 NE 125th Street
North Miami, FL 33161
(305) 663-8770
gwidom@gwidomlaw.com

Attorney Widom is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and to file a proof of service within three days of entry of this Order.